# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH B. EBALO,

    Plaintiff(s),

v.

IQ DATA INTERNATIONAL, INC.,

    Defendant(s).

Case No. 2:17-cv-01129-JAD-NJK

**ORDER**

On May 24, 2017, the parties filed a notice of settlement indicating that the case would be dismissed within 30 days. Docket No. 8. The Court hereby **ORDERS** that dismissal papers or a joint status report shall be filed no later than July 3, 2017.

IT IS SO ORDERED.

Dated: June 26, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE