CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar # 1138
McCULLOUGH, DOBBERSTEIN & EVANS, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
Phone: (702) 385-7383
Email: chrislaw@mcpalaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH B. EBALO, | CASE NO: 2:17-cv-01129-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| IQ DATA INTERNATIONAL, INC., a Washington Corporation and DOES 1 through 5, | ECF No. 10 |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties herein thorough

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

their undersigned counsel, that pursuant to FRCP 41(a) the above-referenced action, is hereby dismissed, with prejudice, each party to bear their own attorney's fees and costs.

| DATED this 27th day of June, 2017 | DATED this 27th day of June, 2017 |
|---|---|
| McCULLOUGH, DOBBERSTEIN & EVANS, LTD. | GORDON & REES LLP |
| /s/ Christopher R. McCullough, Esq. | /s/ Craig J. Mariam, Esq. |
| CHRISTOPHER R. McCULLOUGH, ESQ.<br>Nevada Bar #1138<br>601 South Rancho Drive, #1\-10<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiff | CRAIG J. MARIAM, ESQ.<br>Nevada Bar #10926<br>300 S. 4th Street, Suite 1550<br>Las Vegas, NV 89101<br>Attorneys for Defendant |

**ORDER**

Based on the parties' stipulation [ECF No. 10] and good cause appearing, IT IS HEREBY ORDERED that **this case is DISMISSED with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

6-27-17

JENNIFER A. DORSEY,
UNITED STATES DISTRICT JUDGE